UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS HODGE | ) | NO. 3:10-0172 |
| | ) | (CRIMINAL CASE |
| v. | ) | NO. 3:06-00229) |
| | ) | JUDGE ECHOLS |
| UNITED STATES OF AMERICA | ) | |

**O R D E R**

The Government filed its Response (Docket Entry No. 6) to Movant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. Section 2255 on March 31, 2010. In accordance with Rule 5(d) of the Rules Governing Section 2255 Proceedings, Movant Thomas Hodge may file any reply **within twenty-one (21) days after entry of this Order.**

It is so ORDERED.

*[signature]*

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE