# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THOMAS HODGE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | No. 3:10-00172<br>Judge Sharp |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) Petitioner's Motion to Amend (Docket No. 51) is DENIED;

(2) Petitioner's Motion to Schedule Evidentiary Hearing and/or to Allow Oral Argument (Docket No. 57) is DENIED;

(3) Petitioner's Motion to Vacate, Set Aside or Correct Sentence (Docket Entry No. 1) and his Amended Section § 2255 Petition (Docket Nos. 1 & 36) are DENIED; and

(4) Because Petitioner cannot demonstrate that reasonable jurists would find the Court's assessment of the running of the statute of limitations and/or the Court's ruling that Petitioner cannot show ineffective assistance of counsel debatable or wrong, a Certificate of Appealability will not issue. See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE